# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABACUC HERAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>7-ELEVEN #26261, a business of unknown form; STEPHEN B. LANE and SUZANNE HANDLER, as individuals, and DOES 1-10, inclusive,<br><br>Defendants. | 8:18-cv-00066-JLS-JDE<br><br>**ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

| | |
|---|---|
| 1 | |
| 2 | After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Abacuc Heras ("Plaintiff") 7-Eleven #26261 and Stephen B. Lane and Suzanne Handler ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees. |

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Abacuc Heras ("Plaintiff") 7-Eleven #26261 and Stephen B. Lane and Suzanne Handler ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:   August 13, 2018

JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE
